

FILED
VANESSA L. ARMSTRONG, CLERK

SEP 04 2019

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA

v.

**ADRIAN NOLAN**

INDICTMENT

NO. 1:19-CR-35-GNS

21 U.S.C. § 841
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 841(b)(1)(B)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 853
18 U.S.C. § 924(d)(1)

The Grand Jury charges:

### COUNT 1
*(Possession of Methamphetamine with Intent to Distribute)*

On or about July 17, 2019, in the Western District of Kentucky, Simpson County, Kentucky, **ADRIAN NOLAN**, defendant herein, knowingly and intentionally possessed with intent to distribute methamphetamine, a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

### COUNT 2
*(Possession of Methamphetamine with Intent to Distribute)*

On or about February 11, 2017, in the Western District of Kentucky, Simpson County, Kentucky, **ADRIAN NOLAN**, defendant herein, knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(A).

The Grand Jury further charges:

### COUNT 3
*(Possession of Cocaine Base and Cocaine with Intent to Distribute)*

On or about February 11, 2017, in the Western District of Kentucky, Simpson County, Kentucky, **ADRIAN NOLAN**, defendant herein, knowingly and intentionally possessed with intent to distribute 28 grams or more of cocaine base and a mixture and substance containing a detectable amount of cocaine, Schedule II controlled substances as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C).

The Grand Jury further charges:

### COUNT 4
*(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about February 11, 2017, in the Western District of Kentucky, Simpson County, Kentucky, **ADRIAN NOLAN**, defendant herein, in furtherance of the drug trafficking crimes set forth in Counts 1, 2, and 3 of this Indictment, possessed a firearm, to wit, a Taurus semiautomatic

pistol bearing serial number FY713330 and a Central Arms shotgun with an obliterated serial number.

In violation of Title 18, United States Code, Section 924(c)(1)(a) and Title 28, United States Code, 2461(c).

## NOTICE OF FORFEITURE

If convicted of any violation of Title 21, United States Code, Section 841(a), **ADRIAN NOLAN**, defendant herein, shall forfeit to the United States any property constituting or derived from any proceeds the defendant obtained, directly or indirectly, as the result of such violation, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the violation. If convicted of Count 4 of this Indictment, **ADRIAN NOLAN** shall forfeit to the United States the firearms described therein.

Pursuant to Title 21, United States Code, Section 853, and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

FOREPERSON

RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

RMC/LF/9-4-2019

UNITED STATES OF AMERICA v. **ADRIAN NOLAN**

## PENALTIES

Count 1: NM 20 yrs./$1,000,000/both/NM 5 yrs. Supervised Release
Count 2: NL 10 yrs./$10,000,000/both/NL 5 yrs. Supervised Release
(With a prior felony drug conviction: NL 15 yrs./$20,000,000/both/NL 8 yrs. Supervised Release)
Count 3: NL 5 yrs. – NM 40 yrs./$5,000,000/both/NL 4 yrs. Supervised Release
(With a prior felony drug conviction: NL 10 yrs./$8,000,000/both/NL 4 yrs. Supervised Release)
Count 4: NL 5 yrs. consecutive /$250,000/both/NM 5 yrs. Supervised Release
Forfeiture

## NOTICE

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615.

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY  40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY  42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY  42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY  42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 1:19-CR-35-GNS

# UNITED STATES DISTRICT COURT
Western District of Kentucky
At Louisville

THE UNITED STATES OF AMERICA

vs.

## ADRIAN NOLAN

## INDICTMENT

### COUNT 1
*Possession of Methamphetamine with Intent to Distribute*
21 U.S.C. §§841(a)(1) and (b)(1)(C)

### COUNT 2
*Possession of Methamphetamine with Intent to Distribute*
21 U.S.C. §§841(a)(1) and (b)(1)(A)

### COUNT 3
*Possession of Cocaine Base and Cocaine with Intent to Distribute*
21 U.S.C. §§841(a)(1), (b)(1)(B) and (b)(1)(C)

### COUNT 4
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. §924(c)(1)(A)
and 28 U.S.C. §2461(c)

### FORFEITURE

*A true bill.*

███████████████████
*Foreperson*

*Filed in open court this 4th day of September, 2019.*

**FILED**
VANESSA L. ARMSTRONG, CLERK

SEP 04 2019     *Clerk*

Bail, $     U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY